JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br>         Plaintiff,<br><br>              v.<br><br>DONNA M. HARNSBERGER, et al.,<br>         Defendants. | CV 20-9886 DSF (GJSx)<br><br>JUDGMENT |

The Court having granted Defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: January 25, 2022

                                                                     Dale S. Fischer
                                                                     United States District Judge