UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>DONNA M. HARNSBERGER; ASLAN CATERING, INC., a California Corporation,<br><br>        Defendants-Appellees. | No.   22-55115<br><br>D.C. No. 2:20-cv-09886-DSF-GJS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellant's motion (Docket Entry No. 8) for voluntary dismissal is granted.

This appeal is dismissed.  Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo